**Order issued April 29, 2022**



**In The**
**Court of Appeals**
**For The**
**First District of Texas**

---

**NO. 01-21-00409-CR**

---

**GIANNA MARIE BEDNARSKI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 87168-CR**

---

**O R D E R**

The Court reviewed the Appellant brief filed on March 15, 2022, on behalf of Gianna Marie Bednarski, and determined that it does not comply with TEX. R. APP. P. 9.10(a)(3) because it identifies a minor complainant by name.

Accordingly, the Clerk of this Court is directed to strike the brief. *Id.* R. 9.4(k).

Appellant is ordered to file an appellant's brief that conforms to Rule 9.10 by using a pseudonym or alias when referring to the complainant. Appellant's amended brief is due no later than **May 5, 2022**, which is the submission date for this appeal.

It is so **ORDERED**.

**PER CURIAM**

Do not publish.  TEX. R. APP. P. 47.